**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dwayne A. Brooks                  CHAPTER 13

                Debtor(s)

                 BKY. NO. 23-11554 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ **Mark A. Cronin**
                 Mark Cronin
                 22 Jun 2023, 13:22:35, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322