# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Dwayne A. Brooks<br><br>    Debtor. | Chapter 13<br><br>Case No.: 23-11554-mdc |

## CERTIFICATE OF SERVICE

The undersigned counsel for the above captioned Debtor, hereby certifies that a copy of the Second Amended Chapter 13 Plan filed on September 6, 2023 was delivered by first class mail and/or electronic filing to the following creditors on September 8, 2023.

| | |
|---|---|
| **Kenneth E. West**<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>ecfemails@ph13trustee.com | **United States Trustee**<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>ustpregion03.PH.ECF@usdoj.gov |
| **Dwayne A. Brooks, Debtor**<br>7919 Pickering Ave<br>Philadelphia, PA 19150 | **Denise Elizabeth Carlon Esq.**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com |
| **Mark A. Cronin, Esq.**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>bkgroup@kmllawgroup.com | **Acima Credit**<br>985 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 |

| | |
|---|---|
| **AES / SunTrust**<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | **IC Systems, Inc.**<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 |
| **PHFA**<br>211 North Front Street<br>Harrisburg, PA 17101-1466 | **Pennsylvania Housing Finance Agency**<br>211 North Front Street<br>Harrisburg, PA 17101-1406 |
| **Simon's Agency, Inc.**<br>Attn: Banrkuptcy<br>Po Box 5026<br>Syracuse, NY 13220-5026 | **Synchrony Bank / Carter Lumber**<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| **City of Philadelphia Law Department**<br>Municipal Services Building<br>1401 John F. Kennedy Blvd<br>5th Floor<br>Philadelphia, PA 19102-1617 | |

/s/ Christopher G. Cassie, Esq.
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
*Attorney for the Debtor*