# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dwayne A. Brooks<br>      Debtor<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assignees<br>      Movant<br>  vs.<br><br>Dwayne A. Brooks<br>      Debtor<br><br>Kenneth E. West, Trustee<br>      Trustee | CHAPTER 13<br><br><br>NO. 23-11554 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about July 6, 2023.

Dated: September 11, 2023

                 Respectfully submitted,

                 /s/Mark A. Cronin
                 Mark A. Cronin, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215) 627-1322
                 mcronin@kmllawgroup.com